NEW AMSTERDAM CASUALTY COMPANY v. COMMERCIAL CASUALTY INSURANCE

COMPANY.— Application denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.